COMPLAINT by a PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C 1983.

NAME  WEAVER         WILLIE
      (LAST)         (FIRST) (INITIAL)

PRISONER NUMBER  J-91389

INSTITUTIONAL ADDRESS  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

CASE NO. 08 1704 JW (PR)
(TO BE PROVIDED BY THE CLERK OF COURT)

VS.

CORRECTIONAL OFFICER DANIAL 03/19/08

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES

NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISSMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT _____

B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )

D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU? YES (✓)   NO ( )
F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.
EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFF, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA, 95531.
B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
PELICAN BAY STATE PRISON CORRECTIONAL OFFICER DANIAL
03/19/08

COMPLAINT       -2-

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE, BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW EACH TO ~~~~~~~ IS INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

PLAINTIFF IS CONSTANTLY BEING HARRASSED by CORRECTIONAL OFFICER DANIAL ON SECOND WATCH ON 03/19/08 HE TOLD PLAINTIFF HE WAS GOING TO BLOW PLAINTIFF HEAD OFF, THIN LATER THAT DAY CORRECTIONAL OFFICER DANIAL TOLD PLAINTIFF HE WAS GOING TO TAKE PLAINTIFF OUT NOW THIS IS HARRASSMENT, THREATING, CONSPIRACY THE DEFENDANT SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRYEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS, CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 50.000 FIFTY THOUSAND DOLLARS DUE TO: HARRASSMENT, THREATING, CONSPIRACY CONSTITUTION VIOLATIONS
PUNITIVE DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

SIGNED THIS __03__ DAY OF __19__ 20 08

COMPLAINT       - 3 -



WILLIE WEAVER
J-91389 B.3-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA. 95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

PELICAN BAY
P.S.U. UNIT B-2

CONFIDENTIAL
LEGAL MAIL

PRO SE